# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0526
LT Case No. 2024-CJ-001086-A

———————————————

C.W., a CHILD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Michael Andrew Kalil, Judge.

Matthew J. Metz, Public Defender, and Louis A. Rossi, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Heather Flanagan Ross,
Assistant Attorney General, Tallahassee, for Appellee.

May 12, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____